No. 602. RHODES *v.* EDWARDS ET AL. Sup. Ct. Neb. Certiorari denied.

No. 606. SNYDER, EXECUTOR, ET AL. *v.* COTTONWOOD CREEK CONSERVANCY DISTRICT No. 11. Sup. Ct. Okla. Certiorari denied. *Leslie L. Conner* and *James M. Little* for petitioners.

No. 608. MORAN *v.* PENAN ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for Duff et al., and *Matthew J. Ryan, Jr.,* for Bulkley et al., respondents.

No. 609. SIEBRING *v.* HANSEN ET AL. C. A. 8th Cir. Certiorari denied. *Robert R. Eidsmoe, Donald H. Zarley* and *Bruce W. McKee* for petitioner. *Phillip H. Smith* and *Ralph F. Merchant* for respondents.

No. 407. PHELPER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Charles W. Tessmer* and *Emmett Colvin, Jr.,* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, *Howard M. Fender* and *Charles B. Swanner,* Assistant Attorneys General, and *Henry Wade* for respondent.

No. 551. TRACY, WARDEN *v.* MANDUCHI. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Wilson Bucher* for petitioner. Respondent *pro se.*